IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COREY JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:23-cv-445-JDK-KNM |
| CRAIG BASS, et al., | § § § | |
| Defendants. | § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Corey Johnson, a federal inmate proceeding pro se, brings this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On October 23, 2023, Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss this case with prejudice as frivolous and for failure to state a claim upon which relief may be granted. Docket No. 9. Plaintiff filed written objections. Docket No. 10.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other*

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

In general, Plaintiff's objections merely repeat his claims and do not address any of the reasons set out by the Magistrate Judge for recommending dismissal, including prosecutorial immunity, the unavailability of injunctive relief, Defendant Craig Bass's status as a private actor rather than a government agent, or the lack of a remedy under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971). Accordingly, he provides no basis to set aside the Magistrate Judge's Report.

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, the Court hereby **ADOPTS** the Report of the Magistrate Judge (Docket No. 9) as the opinion of the District Court. Plaintiff's claims are **DISMISSED** with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

So **ORDERED** and **SIGNED** this **20th** day of **November, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2